**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re Jeffrey Keith Wingate,

           Debtor.

_____/

Case No. 24-40196-lsg
Chapter 7
Hon. Lisa S. Gretchko

### STIPULATED ORDER AMONG DEBTOR, CHAPTER 7 TRUSTEE, NEAL RAKESTRAW AND RICHARD BILLS FOR LIFT OF AUTOMATIC STAY TO ALLOW NEAL RAKESTRAW AND RICHARD BILLS TO PURSUE STATE COURT LITIGATION

This matter came before the Court upon the stipulation ("Stipulation"; ECF No. 12) among the Debtor, the Chapter 7 Trustee, Neal Rakestraw, and Richard Bills consenting to lift automatic stay to allow Neal Rakestraw and Richard Bills to pursue state court litigation to the extent of available insurance. The Court has reviewed the Stipulation and, based thereon, finds cause to enter this Order.

NOW, THEREFORE, the Court orders as follows:

1.      The automatic stay is hereby lifted to allow the Creditors[1] to pursue their claims against the Debtor in the State Court Proceedings.

2.      The Creditors' claims shall be limited to the maximum amount of insurance coverage available and provided from the Insurer.

**Signed on January 31, 2024**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**

---

[1] Capitalized terms used but not defined in this Order shall have the meaning ascribed to them in the Stipulation.