UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re | Bk. No. 24-40196-lsg |
| JEFFREY KEITH WINGATE, | Chapter 7 |
| Debtor. | Judge: Lisa S. Gretchko |

### **ORDER FOR RELIEF FROM AUTOMATIC STAY**

This matter came before the Court upon the Motion for Relief from Stay (the "Motion"; ECF No. 14) filed by Global Federal Credit Union f/k/a Alaska USA Federal Credit Union ("Creditor") with respect to its interest in a 2018 Lexus LS500 (VIN JTHBYLFF2J5001734; "Vehicle"). Required parties were served with the Motion and with notice of the deadline for objections thereto. No objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Motion and other pertinent pleadings and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay in is terminated as to Creditor with respect to its interest in the Vehicle. Creditor and its successors and/or assigns are permitted to pursue its/their applicable non-bankruptcy remedies with respect to the Vehicle, a 2018 Lexus LS500, VIN JTHBYLFF2J5001734, and to dispose of same in a commercially reasonable manner.

IT IS FURTHER ORDERED that the 14-day stay provided by Fed.R. Bankr.P. 4001(a)(3) is waived.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of of the United States Bankruptcy Code.

IT IS FURTHER ORDERED that any surplus on the sale of the Vehicle shall be turned over to the estate and any deficiency on the sale of the Vehicle shall be treated as an unsecured debt.

**Signed on February 23, 2024**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko
United States Bankruptcy Judge**